# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TORONZO THOMPKINS

NO. 2023 KW 0353

**JULY 17, 2023**

---

In Re: Toronzo Thompkins, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 528713.

---

**BEFORE:  THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.** Relator failed to point to any new, reliable, and noncumulative evidence to substantiate his claim of factual innocence. See La. Code Crim. P. art. 926.2(B). Accordingly, the district court did not abuse its discretion by denying the application for postconviction relief.

**MRT**
**EW**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT